JAMES A. SAVILLE, JR. (JS-4835)
KIPP C. LELAND (KL-0932)
HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiff

45 Broadway, Suite 1500
New York, New York 10006
(212) 669-0600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CV 11346**



------------------------------------X

TREXEL OIL S.A.,                  : Index No.: 07 cv ___ (  )
                                  :
                 Plaintiff,       :
                                  :
- Against -                       : **RULE 7.1 STATEMENT**
                                  :
COMPAGNIE ABIDJANAISE DE          :
REPARATIONS NAVALES ET DE         :
TRAVAUX INDUSTRIELS,              :
                                  :
                 Defendants.      :
------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff **TREXEL OIL S.A.** certifies that the following are corporate parents, affiliates and/or subsidiaries which are

publicly held.

**None**

Dated: New York, New York
       December 17, 2007

                HILL RIVKINS & HAYDEN LLP
                Attorneys for Plaintiff

By: _____
      James A. Saville, Jr. (JS-4835)
      Kipp C. Leland (KL-0932)

      45 Broadway, Suite 1500
      New York, New York 10006
      (212) 669-0600