UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
TREXEL OIL S.A.,

                Plaintiff,

- Against -

COMPAGNIE ABIDJANAISE DE
REPARATIONS NAVALES ET DE
TRAVAUX INDUSTRIELS,

                Defendants.
------------------------------------------------X

Index No.: 07 cv ___ ( )

11346 CR XAB)

**ORDER APPOINTING
SPECIAL PROCESS
SERVICE PURSUANT
TO RULE 4(C)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/07

     Upon the application having been made by counsel for Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure and upon reading and filing the Affirmation of Kipp C. Leland, sworn to on December 17TH, 2007, and good cause having been shown, it is on this __ day of December, 2007.

     **O R D E R E D** that Robert I. Blum or other such similarly qualified person designated by Hill Rivkins & Hayden LLP, over the age of eighteen (18) and not a party or attorney to this action, in addition to the United States Marshal, be and hereby is appointed to serve the Process of Attachment and Garnishment and the Verified Complaint, together with any Interrogatories, upon the garnishee(s) who may hold assets for, or on account of, COMPAGNIE ABIDJANAISE DE REPARATIONS NAVALES ET DE TRAVAUX INDUSTRIELS; and it is further

**O R D E R E D** that Robert I. Blum or other such similarly qualified person designated by Hill Rivkins & Hayden LLP, over the age of eighteen (18) and not a party or attorney to this action, in addition to the United States Marshal is hereby appointed to serve any other garnishees who based upon information developed subsequent to the issuance of this Order may hold assets for, or on account of, Defendant COMPAGNIE ABIDJANAISE DE REPARATIONS NAVALES ET DE TRAVAUX INDUSTRIELS.

Dated:  New York, New York
        December 18, 2007

_____
UNITED STATES DISTRICT JUDGE

Richard M. Berman