JAMES A. SAVILLE, JR. (JS-4835)
KIPP C. LELAND (KL-0932)
HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiff
45 Broadway
New York, New York 10006
(212) 669-0600

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------X

| | | |
|---|---|---|
| TREXEL OIL S.A., | : | |
| | : | Index No.: |
| Plaintiff, | : | 07 CV _____ ( ) |
| - Against - | : | |
| | : | **LELAND AFFIRMATION** |
| COMPAGNIE ABIDJANAISE DE | : | **IN SUPPORT OF ORDER** |
| REPARATIONS NAVALES ET DE | : | **APPOINTING SPECIAL** |
| TRAVAUX INDUSTRIELS, | : | **PROCESS SERVER PURSUANT** |
| | : | **TO F.R.C.P. 4(c)** |
| Defendants. | : | |

------------------------------X

I, Kipp C. Leland, hereby affirm as follows:

1. I am an associate of Hill Rivkins & Hayden LLP, attorneys for Plaintiff, and I am admitted to practice before this Honorable Court.

2. I am fully familiar with the matters set forth herein and submit this Affirmation in support of Plaintiff's application pursuant to Rule 4(c) of the Federal Rules of Civil Procedure for an Order appointing Robert I. Blum or other such similarly qualified persons designated by Hill Rivkins & Hayden LLP, who are over the age of 18 and not a party or attorney to this action, in addition to the United States Marshal, to serve the Process of Attachment and Garnishment

I hereby affirm under the penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       December 17, 2007

_____
Kipp C. Leland (KL-0932)

29710\KCL AFFIRMATION SERVE

3