HILL
RIVKINS

HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500, New York, NY 10006-3739   Tel: (212) 669-0600
Fax: (212) 669-0698/0699        e-mail: thefirm@hillrivkins.com
Website: www.hillrivkinslaw.com

**MEMO ENDORSED**

May 19, 2008

The Honorable Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 650
New York, NY 10007

> Pl may have to 6/30/08 (Final). Counsel to advise the Court by that date of status.
>
> SO ORDERED:
> Date: 5/22/08
> Richard M. Berman, U.S.D.J.

RE: M/V VENUS
Explosion and Fire at
Carena Shipyard 5/8/04
USDC-SDNY 07 CV 11346 (RMB)
Our File No.: 29710-JAS/KCL

Dear Judge Berman:

We represent the Plaintiff in the captioned matter and write to update the Court of the status of the captioned matter since our last status dated February 25, 2008, as instructed by chambers on that date.

This case was filed under Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, in order to attach property of the defendant to establish jurisdiction over this matter. Accordingly, we have been serving the Process of Maritime Attachment and Garnishment ("PMAG") upon banks doing business in New York to attach funds of the defendant. Since the date that the PMAG was granted, we have been serving process daily upon JP Morgan Chase Bank, Citibank, American Express Bank, Bank of America, Bank of New York, Deutsche Bank, HSBC, BNP Paribas, Wachovia Bank, ABN Amro, Atlantic Bank of New York, Standard Chartered Bank, Bank of Communications, The Bank of East Asia, Bank of China, Shanghai Commercial Bank Ltd., Bank of Tokyo-Mitsubishi, Bank of

| NEW JERSEY | TEXAS | CONNECTICUT | CALIFORNIA |
|---|---|---|---|
| 175 North Broadway | 712 Main Street, Suite 1515 | 60 Quarry Dock Road | Hill Rivkins/Brown & Associates |
| South Amboy, NJ 08879-1638 | Houston, TX 77002-3209 | Branford, CT 06405-4654 | 11140 Fair Oaks Boulevard, Suite 100 |
| Tel: (732) 838-0300 Fax: (732) 316-2365 | Tel: (713) 222-1515 Fax: (713) 222-1359 | Tel: (203) 315-9274 Fax: (203) 315-9264 | Fair Oaks, CA 95628-5126 |
| e-mail: thefirm@hillrivkins.com | e-mail: hillrivkinstexas@hillrivkins.com | e-mail: hillrivkinsct@snet.net | Tel: (916) 535-0263 Fax: (916) 535-0268 |
| | | | e-mail: thefirm@brnlaw.com |

The Honorable Richard M. Berman
United States District Judge
May 19, 2008
Page 2 of 2

India, Barclays Bank, Calyon Bank, Credit Suisse, Rabobank, Wells Fargo Bank, US Bank, UBS, and Nordea Bank Finland. To date we have not been able to attach any funds of the defendant. We would like to continue our daily service as we anticipate that funds belonging to the Defendant will be present within the District at some point in the near future.

    Accordingly, we respectfully request that we be allowed to continue efforts to attach property of the Defendant, and that we continue to give status updates to the Court every 60 days. We thank the Court for its assistance in this matter, and if there are any questions we are ready to address this issue, or any other issue, at the Court's convenience.

                    Respectfully Submitted,

                    HILL RIVKINS & HAYDEN LLP

KCL                         Kipp C. Leland
29710\003 Judge.doc